UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 8:06-cr-169-T-30TBM

ANDRES VASQUEZ and
JUAN HERNANDEZ,

    Defendants.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 52) for the following property:

**$5,200.00 in United States currency**.

1. On September 22, 2006, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Andres Vasquez and Juan Hernandez's interest in the $5,200.00 in United States currency, pursuant to the provisions of 21 U.S.C. § 853. (Doc. 38).

2. On September 26, 2006, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 40), forfeiting to the United States of America all right, title, and interest of defendants Andres Vasquez and Juan Hernandez.

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Bradenton Herald*, a newspaper of general circulation in Manatee County, Florida on November 9, 2006, November 16, 2006 and November 23, 2006. (Docs. 50 and 51). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

4. On October 26, 2006, defendant Andres Vasquez was sentenced and the property subject to forfeiture was made part of his Judgment in the Criminal Case. (Doc. 45 and 47).

5. On November 2, 2006, defendant Juan Hernandez was sentenced and the property subject to forfeiture was made part of his Judgment in the Criminal Case. (Doc. 48 and 49).

6. No persons or entities, other than the defendants Andres Vasquez and Juan Hernandez, whose interests were forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property. To date, no third party, has filed a Petition to Adjudicate Interest in the

subject properties to date, and the time for filing such Petition has expired.

7. The Court finds that the subject property is the property of defendants Andres Vasquez and Juan Hernandez.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Motion by the United States for a Final Judgment of Forfeiture (Doc. 52) is GRANTED.

It is FURTHER ORDERED that all right, title and interest in the following property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Criminal. P. 32.2(c)(2), for disposition according to law.

$5,200.00 in United States currency.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 29, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Attorneys/Parties of Record

F:\Docs\2006\06-cr-169.FJ Forfeiture 52.wpd